UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTI ROLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:10CV720 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

The Court referred this matter to United States Magistrate Judge Mary Ann L. Medler for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On August 26, 2010, Judge Medler filed her recommendation that the defendant's motion to reverse and remand this case to the Commissioner for further proceedings be granted. No objections to the Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Medler.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated August 26, 2010 [#7] is adopted in its entirety.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand [#6] is granted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and the case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

A separate judgment in accord with this Memorandum and Order is entered this date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of September, 2010.