UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CHRISTI L. ROLLINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:10 CV720 RWS |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks $632.12 in attorney's fees and $350.00 in costs. Defendant does not oppose the motion.

On September 13, 2010, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010).

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#10] is granted, and defendant shall pay plaintiff $632.12 in attorney's fees and $350.00 in costs.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2011.